# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

VICTORIA SUTTON,

          Plaintiff,

vs.

PATRICIA MCCOY, ALLEN MCCOY, TERESA MCCOY, STEVE MCCOY, SHEILA NICOLE MCCOY, AND JENNIFER NICOLE MCCOY

          Defendants.

Case No. 4:19-CV-148-MHC

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This Joint Stipulation of Dismissal with Prejudice is made by and among the above-captioned parties, through their undersigned attorneys. The parties have agreed to settle this case according to the following terms:

In full and complete satisfaction of Plaintiff's claims against Defendants, Defendants have paid to Plaintiff the sum of $150,000, inclusive of costs and attorneys' fees.

Defendants agree to the following declaratory relief:

(a)    Patricia and Allen McCoy admit to making the statements attributed to them in Plaintiff's First Amended Complaint;

(b) Patricia and Allen McCoy apologize for any harm and suffering Plaintiff and her family endured as the result of their eviction from the home located at 226 Hensley Road. SE, Adairsville, Georgia;

(c) Patricia and Allen McCoy admit that their eviction of Plaintiff and her family from the home located at 226 Hensley Road. SE, Adairsville, Georgia, constituted a violation of the Civil Rights Act, 42 U.S.C. §§ 1981 and 1982; the Fair Housing Act, 42 U.S.C. §§ 3604 and 3617; and the Georgia Fair Housing Act, Ga. Code Ann., §§ 8-3-202 and 8-3-222.

The parties, through their undersigned attorneys, therefore hereby agree to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This Joint Stipulation of Dismissal with Prejudice represents a full release of all claims made by Plaintiff in her First Amended Complaint, and of any potential claim made by Plaintiff's children based on the facts giving rise to this Lawsuit. The parties further stipulate that each party shall bear its own costs and attorneys' fees.

Dated:   February 13, 2020

/s/ Kosha S. Tucker
Kosha Tucker
Sean J. Young

/s/ Brian Corman
Kalpana Kotagal
Brian Corman
Cohen Milstein Sellers & Toll PLLC

American Civil Liberties Union of Georgia Foundation, Inc.
PO Box 77208
Atlanta, GA 30357
(678) 981-5295

syoung@acluga.org
ktucker@acluga.org

*Attorneys for Plaintiff*

/s/ L. Hugh Kemp
L. Hugh Kemp
L. Hugh Kemp, P.C.
Georgia Bar No. 413500
100 N. Selvidge St
Dalton, GA 30720
(706) 226-2222 Telephone
(706) 226-2223 Facsimile

*Attorney for Defendants*

1100 New York Ave. NW ● Fifth Floor Washington, DC 20005
(202) 408-4600

kkotagal@cohenmilstein.com
bcorman@cohenmilstein.com

*Attorneys for Plaintiff*
*Admitted pro hac vice*